COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Said Nasr d/b/a Precision General v. Fidelis Owobu and Omoba Investments, LLC

Appellate case number: 01-20-00631-CV

Trial court case number: 1153024

Trial court: County Civil Court at Law No. 2 of Harris County

Appellant, Said Nasr d/b/a Precision General, has appealed the trial court's June 29, 2020 Final Judgment, entered in favor of appellees Fidelis Owobu and Omoba Investments, LLC. The final judgment was entered in connection with the trial court's granting of appellees' motion for summary judgment. On December 7, 2020, appellant filed his appellant's brief, thereby establishing a deadline for appellees' brief of January 6, 2021.

However, also on December 7, 2020, shortly after appellant filed his brief with this Court, appellees filed a "Motion to Affirm Trial Court's Judgment and for Sanctions." In the motion, appellees "move to affirm the trial court's final summary judgment and for appellate sanctions as the appeal filed by Appellant, Said Nasr d/b/a Precision General, is frivolous and brought solely for purposes of delay." Appellees identify several purported bases in support of their argument that appellant's appeal is frivolous. This includes an assertion that appellant's brief includes items which are not a part of the trial court's record, as well as a recitation of the facts of the underlying litigation, and procedural history of the trial court proceedings. On December 10, 2020, appellant filed a response in opposition to appellees' motion.

According to the motion, this "Court has the authority to affirm the trial court's judgment" pursuant to Texas Rule of Appellate Procedure 42.3. *See* TEX. R. APP. P. 42.3 (allowing "involuntary dismissal of civil cases . . . (a) for want of jurisdiction; (b) for want of prosecution; or (c) because the appellant has failed to comply with a requirement of these rules, a court order, or a notice from the clerk requiring a response or other action within a specified time"). However, appellees' motion fails to present evidence to support dismissal pursuant to rule 42.3. Additionally, the motion fails to identify any precedent to support that we may grant the requested relief prior submission of the appeal. *See* TEX. R. APP. P. 39.8 (appellate clerk required to send notice to parties at least twenty-one days prior to submission of appeal).

Accordingly, appellees' motion to affirm trial court's judgment and for sanctions is **denied**. Appellees' brief is due to be filed on or before January 6, 2021. *See* TEX. R. APP. P. 38.6(b), 38.2(a).

It is so ORDERED.


Judge's signature: _____/s/ Evelyn V. Keyes_____
                        ☑ Acting individually    ☐ Acting for the Court

Date: __December 17, 2020____